13577. SHEPPARD *et al. v.* CAUTHORN FINANCE COMPANY INC.

BLOODWORTH, J. The court did not err in its rulings on the pleadings in this case nor in thereafter directing a verdict for the plaintiff.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1922.

Complaint; from city court of LaGrange — Judge Duke Davis. March 10, 1922.

*M. U. Mooly, L. L. Meadors,* for plaintiffs in error.

*George P. Whilman, Benjamin H. Hill,* contra.

---

13748. LIVINGSTON *v.* CALLAWAY.

BLOODWORTH, J. When this case was first before this court (28 *Ga. App.* 453, 111 S. E. 742) it was held that " the petition as amended did not set out a cause of action." Under this ruling and the other rulings then made, the court did not err either in refusing to allow the amendments to the petition which were offered at the last trial, or in dismissing the case. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*